# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 03-1008

_____

Eugene Butler,

                Appellant,

      v.

Jefferson County Sheriff's Department; Edward Fontaine, Sheriff, in his official capacity as Sheriff of Jefferson County, Arkansas and individual capacity, also known as Boe Fontaine; Loyd Harrison, Chief Deputy, in his official capacity as Chief Deputy Sheriff of Jefferson County, Arkansas, and his individual capacity, also known as Pete Harrison; Noel Foster, Operations Commander, Major, in his official capacity and his individual capacity; Kennon Slocum, Captain of Criminal Investigation Division, in his official capacity and individual capacity,

                Appellees.

Appeal from the United States
District Court for the
Eastern District of Arkansas.

[UNPUBLISHED]

_____

Submitted: July 17, 2003
Filed: July 23, 2003

_____

Before BOWMAN, MELLOY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Eugene Butler appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action. Butler's general challenge to the entry of summary judgment fails, as the record supports the district court's determination. See Forrest v. Kraft Foods, Inc., 285 F.3d 688, 691-92 (8th Cir. 2002); Habib v. NationsBank, 279 F.3d 563, 566-67 (8th Cir. 2001); Hanenburg v. Principal Mut. Life Ins. Co., 118 F.3d 570, 573 (8th Cir. 1997). Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.